FRANK A. MITCHELL, *vs.* RICHARD J. GUTHRIE and WILLIAM C. GUTHRIE.

*Mechanics Lien—Pleading.*

A plea which does not set out any issuable fact or defence will be ordered stricken out.

(*September 29, 1897.*)

LORE, C. J., and GRUBB and PENNEWILL J. J., sitting.

*William S. Hilles* for plaintiff.

*Lilburne Chandler* for defendants,

Superior Court, New Castle County, September Term, 1897.

This was a Mechanics Lien. The petition set out the usual facts and claimed $1,100 balance due. The defendants filed the usual pleas of payment, set off, releases, accord and satisfaction and in addition thereto the following plea:

"Note under hand of William C. Guthrie for $150 on account of the claim of plaintiff extending under Mechanics Lien Statutes, the time of filing lien in above stated case until July 16, 1897."

*Mr. Hilles* moved to strike out the last plea on the ground that the same tendered no issue; that it was irrelevant and absolutely meaningless, and therefore could not be replied to or demurred to.

LORE, C. J:—The defendants have not distinctly and clearly stated in their fifth plea any issuable fact. There are, what are generally known as short pleas; but the defendants' plea is not good as a short plea. In the judgment of the Court it does not set out any defence.

We therefore make the order that the fifth plea be stricken out.

On motion of Mr. Chandler, leave to amend pleas generally was granted.